United States Bankruptcy Court for the:

District of Arizona

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Farwest Pump Company

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
86-0601534

**4. Debtor's address**

**Principal place of business**

3230 W. El Camino Del Cerro  
Number    Street

_____  
Tucson         AZ    85745  
City           State  ZIP Code

Pima County  
County

**Mailing address, if different from principal place of business**

_____  
Number    Street

_____  
P.O. Box

_____  
City           State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____  
Number    Street

_____  
City           State  ZIP Code

**5. Debtor's website (URL)**  
http://farwestwell.com/

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor  Farwest Pump Company                                Case number (*if known*)_____
        Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   2371____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

       ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When ___/___/_____ Case number _____
                  District _____ When ___/___/_____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
           Case number, if known _____

| Debtor | Farwest Pump Company | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
Number          Street

_____

_____  _____  _____
City                         State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Farwest Pump Company | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/20/2017
MM / DD / YYYY

✖ /s/ Channa Vaught          Channa Vaught
Signature of authorized representative of debtor     Printed name

Title President

**18. Signature of attorney**

✖ /s/ Kasey C Nye          Date 09/20/2017
Signature of attorney for debtor          MM / DD / YYYY

Kasey C Nye
Printed name

Kasey C. Nye, Lawyer, PLLC
Firm name

1661 North Swan Road Suite 238
Number    Street

Tucson                    AZ        85712
City                      State     ZIP Code

(520)399-7361             knye@kcnyelaw.com
Contact phone             Email address

20610                     AZ
Bar number                State

Debtor  Farwest Pump Company                                Case number *(if known)*_____
        First Name   Middle Name   Last Name

**Continuation Sheet for Official Form 201**

4) Debtor's Addresses

Business                          800 E Maley St  Willcox, AZ 85643,
                                  Cochise County

# Farwest Pump Company
## Balance Sheet
### As of September 20, 2017

|  | Sep 20, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 8039 UMB Bank - Materials | 100.00 |
| 3017 UMB Payroll | -60,085.32 |
| 8269 UMB Bank | -47,778.77 |
| 8952 Chase High Yield Savings | 0.70 |
| 7800 Chase - Tucson | -19,074.93 |
| 1779 -Chase (Bank One) | 45,420.92 |
| Monies in Transit - Cash | -61,288.22 |
| Suspense | 25,000.00 |
| **Total Checking/Savings** | -117,705.62 |
| **Accounts Receivable** | |
| Account Receivable-Willcox | 7,577.74 |
| Accounts Receivable-Tucson | -145,886.81 |
| Costs in Excess of Billings | -64,256.35 |
| **Total Accounts Receivable** | -202,565.42 |
| **Other Current Assets** | |
| Due to/from Farco Perforacion | 342,689.74 |
| Due to Vaught Equipment | -316,968.81 |
| Inventory | 14,000.00 |
| Undeposited Funds | 5,000.00 |
| Work Completed not Billed | 64,256.35 |
| **Total Other Current Assets** | 108,977.28 |
| **Total Current Assets** | -211,293.76 |
| **Fixed Assets** | |
| Tenant Improvements | 43,848.66 |
| Vehicles & Equipment | 4,088,199.63 |
| Accum. Depreciation | -1,422,469.36 |
| **Total Fixed Assets** | 2,709,578.93 |
| **Other Assets** | |
| Prepaid Mexico Withholding | 3,359.41 |
| Prepaid - Equipment Purchases | 18,106.16 |
| **Total Other Assets** | 21,465.57 |
| **TOTAL ASSETS** | 2,519,750.74 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 662,239.57 |
| **Total Accounts Payable** | 662,239.57 |
| **Credit Cards** | |
| 5694 - Capital One Spark | 233.24 |
| 0086 - Vaught Home Depot | 283.48 |
| 01000 Vaught CPV Amex | -500.00 |
| 01009 - FWP Plum Amex | 58,692.69 |
| 44006 FWP Platinum Amex | -243.00 |
| 8281-CitiBusiness AAdvantage CC | 9,091.79 |
| **Total Credit Cards** | 67,558.20 |

# Farwest Pump Company
## Balance Sheet
### As of September 20, 2017

MANAGEMENT HAS NOT FULLY RECONCILED ITS BOOKS THIS CALENDAR YEAR AND DOES NOT BELIEVE THIS TO BE ACCURATE

|  | Sep 20, 17 |
|---|---:|
| **Other Current Liabilities** |  |
| Due to/from Reliant Pump | 19,958.12 |
| Due to G C Anderson Drilling | 56,153.95 |
| *Sales Tax Payable | 81,585.94 |
| Current Portion of LT Debt | 7,520.00 |
| Interest Payable | -14.67 |
| **Accrued Payroll** | 4,094.13 |
| A/P Prepaid Fuel Card | -19.80 |
| Credit Card - Capital One | -33.29 |
| **Penalty Payable** | -104.22 |
| **Sales Tax Payable** | 6,737.76 |
| **Total Other Current Liabilities** | 175,877.92 |
| **Total Current Liabilities** | 905,675.69 |
| **Long Term Liabilities** |  |
| BNP Paribas - JCB Backhoes | 85,672.32 |
| 9001 UMB Loan - Foremost DR24 | 691,064.13 |
| 2961 - Ford Motor Credit | 30,015.69 |
| 2930 - Ford Motor Credit | 40,563.59 |
| 2500 Failing Drill Rig - Samara | 21,939.80 |
| 4639 Ford Motor Credit | 31,616.76 |
| 4720 Ford Motor Credit | 18,773.71 |
| 6741 Ford Motor Credit | 19,446.41 |
| 7881 Ford Motor Credit | 16,679.48 |
| Less - Current Portion of LT D | -7,520.00 |
| **Total Long Term Liabilities** | 948,251.89 |
| **Total Liabilities** | 1,853,927.58 |
| **Equity** |  |
| Clark Vaught - N/P | 88,238.95 |
| Common Stock | 1,000.00 |
| Paid in Capital | 103,139.92 |
| Retained Earnings | 789,749.31 |
| Net Income | -316,304.00 |
| **Total Equity** | 665,824.18 |
| **TOTAL LIABILITIES & EQUITY** | 2,519,751.76 |

# Farwest Pump Company
## Profit & Loss
### January 1 through September 20, 2017

| | Jan 1 - Sep 20, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|    Drilling/New System | 9,582.44 |
|    Early Payment Discount | 4.27 |
|    Electrical | 5,390.00 |
|    Freight Charges | 1,250.00 |
|    Material Sales | 2,527.00 |
|    Minor Repair/Maintenance | 1,109.33 |
|    Other Income | 11,000.76 |
|    Renovation/New System | 158,392.03 |
|    Services | 2,282.47 |
|    Well Video Income | 2,850.00 |
| **Total Income** | 194,388.30 |
| **Cost of Goods Sold** | |
|    ADWR Permitting - Job Start | 600.00 |
|    Diesel - Offroad | 13,549.09 |
|    Freight In | 514.87 |
|    Freight Out | 70.00 |
|    Gasoline - Offroad | 79.13 |
|    Outside Labor/Services | 25.00 |
|    Payroll - Laborers | 86,630.21 |
|    Payroll - Supervision | 22,411.38 |
|    Purchases | 73,389.13 |
|    Rental Equipment | 58,204.03 |
| **Total COGS** | 255,472.84 |
| **Gross Profit** | -61,084.54 |
| **Expense** | |
|    Reconciliation Discrepancies | -141.99 |
|    Airplane | 1,523.80 |
|    Accounting Expense - Overhead | 6,600.00 |
|    Advertising Expense | 774.66 |
|    Bank Charges | 2,756.69 |
|    Consulting | 4,100.00 |
|    Diesel | 15,085.89 |
|    Drilling Supplies | 13,704.47 |
|    Employee Supplies | 2,903.72 |
|    Entertainment & Bus Promotions | 859.56 |
|    Facility Rent | 30,969.00 |
|    Gasoline | 3,715.33 |
|    Insurance Expense | 8,513.15 |
|    Interest/Finance Charge | 6,106.15 |

# Farwest Pump Company
## Profit & Loss
### January 1 through September 20, 2017

|  | Jan 1 - Sep 20, 17 |
|---|---:|
| Legal Expense | 50,991.48 |
| Licenses/Permits | 137.96 |
| Medical/Dental Ins - Officer | 7,045.76 |
| Mileage Reimbursement | 226.54 |
| Non-Vehicle Repair/Maint | 26,964.91 |
| Office Supplies | 11,911.50 |
| Other Fees/Levies | 40.00 |
| Payroll Expense | 34,541.25 |
| Postage | 183.39 |
| Professional Dues | 41.85 |
| Rental Equipment - Overhead | 5,000.00 |
| Shop Supplies | 2,671.89 |
| Telephone | 4,049.53 |
| Travel | 1,323.74 |
| Truck/Equip Repair/Maint | 6,043.16 |
| Utilities | 2,680.80 |
| Vehicle Registration | 3,825.43 |
| **Total Expense** | **255,149.62** |
| **Net Ordinary Income** | **-316,234.16** |
| Other Income/Expense | |
|   Other Expense | |
|     Miscellaneous Expenses | 69.84 |
| **Total Other Expense** | **69.84** |
| **Net Other Income** | **-69.84** |
| **Net Income** | **-316,304.00** |

# Farwest Pump Company
## Statement of Cash Flows
### January 1 through September 20, 2017

|  | Jan 1 - Sep 20, 17 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -316,304.00 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Account Receivable-Willcox | 52,811.82 |
| Accounts Receivable-Tucson | 98,593.00 |
| Due to/from Farco Perforacion | -16,500.00 |
| Accounts Payable | -44,340.93 |
| Accounts Payable:Accounts Payable - California | 2,309.21 |
| 5694 - Capital One Spark | -89.49 |
| 0086 - Vaught Home Depot | -473.40 |
| 01009 - FWP Plum Amex | -7,000.00 |
| 44006 FWP Platinum Amex | -8,542.65 |
| 8281-CitiBusiness AAdvantage CC | 32.93 |
| Due to/from Reliant Pump | 19,958.12 |
| *Sales Tax Payable | 4,372.59 |
| Interest Payable:Interest Payable - Az Sales Tax | -14.67 |
| Accrued Payroll:Federal W/H Payable | 7,189.81 |
| Accrued Payroll:State W/H Payable - AZ | 1,890.34 |
| Accrued Payroll:FICA Payable | -138.79 |
| Accrued Payroll:FUTA Payable | 2,428.06 |
| Accrued Payroll:SUI Payable | -275.19 |
| Accrued Payroll:Medical/Dental Ins Payable:Medical/Dental Ins Payable - Tu | 3,829.58 |
| Accrued Payroll:Employee Advance:Employee Advance - Tucson | 1,623.88 |
| Accrued Payroll:Drug Screen Payable:Drug Screen Payable - Tucson | -75.50 |
| A/P Prepaid Fuel Card | 0.20 |
| Credit Card - Capital One | -33.29 |
| Penalty Payable:Penalty Payable - Az Sales Tax | -9.22 |
| Sales Tax Payable:Sales Tax Payable - Az | -4,218.99 |
| **Net cash provided by Operating Activities** | -202,976.58 |
| **INVESTING ACTIVITIES** |  |
| Vehicles & Equipment | 21,170.42 |
| **Net cash provided by Investing Activities** | 21,170.42 |
| **FINANCING ACTIVITIES** |  |
| BNP Paribas - JCB Backhoes | -2,254.94 |
| 9001 UMB Loan - Foremost DR24 | -17,170.36 |
| 2961 - Ford Motor Credit | -1,895.03 |
| 2930 - Ford Motor Credit | -3,986.96 |
| 4639 Ford Motor Credit | -2,256.85 |
| 4720 Ford Motor Credit | -3,382.23 |
| 6741 Ford Motor Credit | -1,478.36 |
| 7881 Ford Motor Credit | -2,441.40 |
| Clark Vaught - N/P | 61,777.47 |
| **Net cash provided by Financing Activities** | 26,911.34 |
| **Net cash increase for period** | -154,894.82 |
| **Cash at beginning of period** | 42,189.20 |
| **Cash at end of period** | **-112,705.62** |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Morgan Rose Ranch LP c/o Cindy K Schmidt, Lewis Roca Rothgerber Christie LLP One South Church Ave, Suite 700 Tucson, AZ, 85701 | | Judgment Liens | Disputed | | | 443,551.34 |
| 2 | BMR III, L.P. c/o Cindy K Schmidt, Lewis Roca Rothgerber Christie LLP One South Church Ave, Suite 700 Tucson. AZ. 85701 | | Judgment Liens | Disputed | | | 309,753.14 |
| 3 | ANC Orchard LLC c/o Cindy K Schmidt Lewis & Roca Rothgerber Christie LLP One South Church Ave Suite 700 Tucson. AZ. 85701 | | Judgment Liens | Disputed | | | 140,102.50 |
| 4 | Hogg Drilling Specialty Company PO BOX 20159 Bakersfield, CA, 93390 | James Andrew Hogg (661) 861-1032 accounting@hoggdrilling.com | Suppliers or Vendors | Disputed | | | 81,045.11 |
| 5 | David Leanord 7440 N. Oracle Road Suite #2 Tucson, AZ, 85704 | David Leanord (520) 622-7737 | Services | Disputed | | | 61,925.00 |
| 6 | Beach Fleischman 1985 E RIVER RD #201 Suite 201 Tucson, AZ, 85718 | Marc Fleischman 520-321-4600 | Services | Disputed | | | 39,576.00 |
| 7 | Ahern Rentals 2113 Taft Hwy Bakersfield, CA, 93313-9210 | (661) 833-2000 | Suppliers or Vendors | Disputed | | | 29,481.19 |
| 8 | Forklift Exchange 6499 W. 65th Street Chicago, IL, 60638 | (800) 423-7600 | Services | Disputed | | | 28,975.26 |

| Debtor | Farwest Pump Company | | Case number (if known) | |
|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kelly Pipe Company, LLC  PO Box 2827  Santa Fe Springs, CA, 90670 | (562) 868-0456 | Suppliers or Vendors | Disputed | | | 25,436.55 |
| 10 | San Joaquin Bit  P.O Box 40186  Bakersfield, CA, 93384 | (661) 834-3233 | Suppliers or Vendors | Disputed | | | 25,387.00 |
| 11 | National Pump Company, Inc  P.O box 952116  St. Louis, MO, 63195-2116 | (623) 979-3560 | Suppliers or Vendors | Disputed | | | 23,758.70 |
| 12 | Travelers Insurance  One Tower Square  Hartford, CT, 06183 | | Insurance | Disputed | | | 21,449.56 |
| 13 | T & T Truck & Crane Service  P.O Box 2639  Camarillo, CA, 93011 | (805) 482-8574 | Suppliers or Vendors | Disputed | | | 17,587.22 |
| 14 | Patterson Truck & Crane  519 N. Sam Houston Parkway E. Ste 600  Houston, TX, 77060 | (661) 587-1425 | Suppliers or Vendors | Disputed | | | 15,970.00 |
| 15 | Monroe & McDonough, P.C.  4578 N. First Avenue  # 160  Tucson, AZ, 85718 | (520) 325-2000 | Services | Disputed | | | 15,518.22 |
| 16 | Stubbs & Schubart PC  340 N Main Ave  Tucson, AZ, 85701 | (520) 623-5466 | Services | Disputed | | | 15,188.10 |
| 17 | CW Industries, Inc.  1735 Santa Fe Ave  Long Beach, CA, 90813 | (562) 432-5421 | Suppliers or Vendors | Disputed | | | 13,322.35 |
| 18 | Welenco  5201 Woodmere Dr  Bakersfield, CA, 93313-2770 | (661) 834-8100 | Suppliers or Vendors | Disputed | | | 10,800.00 |
| 19 | Specialty Freight Solutions  1863 West Rillito St  Tucson, AZ, 85705 | (520) 623-2436 | Suppliers or Vendors | Disputed | | | 10,500.00 |
| 20 | Iron Clad Tool & Machine  P.O Box 42707  Bakersfield, CA, 93384 | (661) 83-9990 | Suppliers or Vendors | Disputed | | | 9,332.78 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Farwest Pump Company_____

United States Bankruptcy Court for the: __District of Arizona_____

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/20/2017__  
MM / DD / YYYY

✗ /s/ Channa Vaught  
Signature of individual signing on behalf of debtor

Channa Vaught  
Printed name

President  
Position or relationship to debtor

ANC ORCHARD LLC
C/O CINDY K SCHMIDT LEWIS & ROCA ROTHGER
ONE SOUTH CHURCH AVE SUITE 700
TUCSON, AZ 85701

AT & T WIRELESS
P. O  BOX 6463
CAROL STREAM, IL 60197

AZ AUTO LICENSE
5819 E. SPEEDWAY BLVD
TUCSON, AZ 85711

ACCOUNTEMPS
P.O BOX 743295
LOS ANGELES, CA 90074-3295

ACE BIT & SUPPLY
709 CAMBY ST
BAKERSFIELD, CA 93314

AHERN RENTALS
2113 TAFT HWY
BAKERSFIELD, CA 93313-9210

ALLIED MACHINE WORKS
P.O BOX 20744
PHOENIX, AZ 85036

ANCON ENVIRONMENTAL VACUUM SERVICE
P.O BOX 515290
LOS ANGELES, CA 90051-5290

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY SECT
1600 WEST MONROE
ONE E. WASHINGTON ST., SUITE 1
PHOENIX, AZ 85007

BMR  III, L.P.
C/O CINDY K SCHMIDT, LEWIS ROCA ROTHGERB
ONE SOUTH CHURCH AVE, SUITE 700
TUCSON, AZ 85701

BMR USA LLC
5820 N. 131ST STREET
KANSAS CITY, KS 66109

BNP PARIBAS LEASING SOLUTIONS
P.O. BOX 7167
PASADENA, CA 91109-7167

BANK OF THE WEST
475 SANSOME ST
19TH FLOOR, NC-TRI-19-A
SAN FRANCISCO, CA 94111

BEACH FLEISCHMAN
1985 E RIVER RD #201
SUITE 201
TUCSON, AZ 85718

CT CORPORATION
P.O BOX 4349
CAROL STREAM, IL 60197

CT CORPORATION SYSTEM
3800 N CENTRAL AVE
PHOENIX, AZ 85012

CW INDUSTRIES, INC.
1735 SANTA FE AVE
LONG BEACH, CA 90813

CHALLENGER EQUIPMENT & TOOL CO.
12814 OLD BOUDREAUX LN.
TOMBALL, TX 77375

DAVID LEANORD
7440 N. ORACLE ROAD
SUITE #2
TUCSON, AZ 85704

DEWEY DATA INC.
1634 WEST ALPINE AVENUE
STOCKTON, CA 95204-2930

DONALD E GABRIEL, ESQ.,
2 WEST SAHUARO VISTA
TUCSON, AZ 85704

ELECTRIC SUPPLY, INC.
P.O BOX 2343
PHOENIX, AZ 85002

FENNEMORE CRAIG PC
2394 E. CAMELBACK ROAD
STE 600
PHOENIX, AZ 85016-3429

FORD MOTOR CREDIT
1 AMERICAN RD MD
DEARBORN, MI 48126

FORKLIFT EXCHANGE
6499 W. 65TH STREET
CHICAGO, IL 60638

GEFCO
P.O. BOX 535624
ATLANTA, GA 30353-5624

GEOGUIDANCE DRILLING SERVICES
P.O BOX 42647
BAKERSFIELD, CA 93384

GOPHER BEARING
3688 S. PARK AVE
TUCSON, AZ 85713

HOGG DRILLING SPECIALTY COMPANY
PO BOX 20159
BAKERSFIELD, CA 93390

IRS
P.O BOX 2L126
PHILADELPHIA, PA 19114

INDUSTRIAL ELECTRICAL SERVICE
1220 W. 8TH ST
SAFFORD, AZ 85546

IRON CLAD TOOL & MACHINE
P.O BOX 42707
BAKERSFIELD, CA 93384

KELLY PIPE COMPANY, LLC
PO BOX 2827
SANTA FE SPRINGS, CA 90670

MICHAEL H VAUGHAN PC
177 NORTH CHURCH AVE STE 200
TUCSON, AZ 85701

MITEL NET SOLUTIONS
P.O BOX 53230
PHOENIX, AZ 85072

MONROE & MCDONOUGH, P.C.
4578 N. FIRST AVENUE
TUCSON, AZ 85718

NATIONAL PUMP COMPANY, INC
P.O BOX 952116
ST. LOUIS, MO 63195-2116

O & W BITS
P. O BOX 81024
BAKERSFIELD, CA 93380

PA LOGISTICS
1340 N MARIPOSA RD
NOGALES, AZ 85621

PACIFIC SURVEYS
4456 VIA SAINT AMBROSE
CLAREMONT, CA 91711

PATTERSON TRUCK & CRANE
519 N. SAM HOUSTON PARKWAY E.
STE 600
HOUSTON, TX 77060

PRAXAIR DISTRIBUTION, INC.
P.O BOX 120889,
DEPT 0889
DALLAS, TX 75312-0889

PRIORITY ONE DRUG TESTING
904 W. GRANT RD
TUCSON, AZ 85705

QUALITY MACHINERY CENTER
3820 SOUTH K STREET
TULARE, CA 93274

SAN JOAQUIN BIT
P.O BOX 40186
BAKERSFIELD, CA 93384

SIERRA LUMBER
288 S. RAILROAD AVE
WILLCOX, AZ 85643

SPECIALTY FREIGHT SOLUTIONS
1863 WEST RILLITO ST
TUCSON, AZ 85705

STUBBS & SCHUBART PC
340 N MAIN AVE
TUCSON, AZ 85701

T & T TRUCK & CRANE SERVICE
P.O BOX 2639
CAMARILLO, CA 93011

THE MORGAN ROSE RANCH LP
C/O CINDY K SCHMIDT, LEWIS ROCA ROTHGERB
ONE SOUTH CHURCH AVE, SUITE 700
TUCSON, AZ 85701

TRAVELERS INSURANCE
ONE TOWER SQUARE
HARTFORD, CT 06183

TYLER H LESTER
1233 W. SHAW AVENUE
SUITE 106
FRESNO, CA 93711

UMB
PO BOX 419226
KANSAS CITY, MO 64141

UNITED RENTALS
PO BOX 51122
LOS ANGELES, CA 90074-1122

VAUGHT EQUIPMENT LLC
3230 W CAMINO DEL CERRO
TUCSON, AZ 85745

WASTE MANAGEMENT OF TUCSON
P.O BOX 43350
PHOENIX, AZ 85080

WELENCO
5201 WOODMERE DR
BAKERSFIELD, CA 93313-2770

United States Bankruptcy Court
District of Arizona

In re: Farwest Pump Company

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/20/2017

/s/ Channa Vaught
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor